UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **Luis Velazquez, et al** | **Civil Action No. 10-1679** |
| versus | **Judge Tucker L. Melançon** |
| **Brand Energy & Infrastructure Services, Inc., et al** | **Magistrate Judge C. Michael Hill** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that the Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Alternative Motion for Order Compelling Arbitration and Staying Proceedings Pending Arbitration filed by defendants, Brand Energy & Infrastructure Services, Inc. and Bollinger Shipyards, Inc. [Rec. Docs. 5, 15], is **GRANTED**, and the Clerk of this Court is to **ADMINISTRATIVELY TERMINATE** this action in his records, without prejudice to the right of the parties to move to reopen the proceedings within thirty (30) days of the date the Arbitrator renders a decision in this matter.

This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same

manner as if this order had not been entered.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 10th day of March, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE